AO91 (Rev. 12/03) Criminal Complaint  *Felony*  AUSA  United States District Court Southern District of Texas FILED

# UNITED STATES DISTRICT COURT

APR - 8 2018

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Alejandro RUIZ-Mendez
A216 608 227 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-18- MJ-353

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __April 06, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) knowingly, willfully, and in reckless disregard of the fact that 3 persons were undocumented aliens, did bring in said aliens into the United States at a place other than a designated port of entry by the Secretary of Homeland Security or the Attorney General of the United States,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(i)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On April 06, 2018, at approximately 2:30 p.m., Brownsville Intelligence Unit (BIU) agents were conducting surveillance near the UTRGV Campus parking lot in Brownsville, Texas. BIU agents observed a group running north from the levee and immediate area of the Rio Grande River. BIU agents advised agents in the in the area via service radio. Responding agents were able to apprehend four (4) undocumented aliens from the countries of Mexico and Guatemala. All four subjects were placed under arrest at approximately 3:00 p.m. and transported to the Brown Border Patrol Station for further questioning and final disposition.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Roman, Adolfo    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

April 08, 2018                                    at    Brownsville, Texas
Date                                                      City/State

Ronald G. Morgan         U.S. Magistrate Judge
Name of Judge            Title of Judge            Signature of Judge

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| Alejandro RUIZ-Mendez | Case Number: B-18- 1 MJ-353 |
| A216 608 227  Mexico | |

Further questioning and investigations it was determined that RUIZ-Mendez, Alejandro was the principal in the smuggling scheme of three (3) undocumented aliens. Statements provided by material witnesses were able to identify RUIZ-Mendez thru photo line ups as the individual who guided them from Mexico, across the Rio Grande River, and into the United States. In addition, RUIZ-Mendez admitted that he was going to get paid $40.00 US dollars for every alien he assisted further their entry into the United States.

Defendant had $21 U.S. dollars in his possession at time of arrest.

SUBSCRIBED and SWORN to before me this ___8th___ day of ___April, 2018___.

_____          _____ Border Patrol Agent
Signature of Judicial Officer                                   Signature of Complainant